## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Louis E. Dignam <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 13-20062 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Fifth Third Bank, and index same on the master mailing list.

Re: Loan # Ending In: 9621

                     Respectfully submitted,

                     **/s/Thomas I. Puleo, Esquire**
                     Thomas I. Puleo, Esquire
                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 825-6309  FAX (215) 825-6409