## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Louis E. Dignam | |
|               Debtor | CHAPTER 13 |
| Fifth Third Bank, its successors and/or assigns | |
|               Movant | |
|        vs. | |
| Louis E. Dignam | NO. 13-20062 MDC |
|               Debtor | |
| William C. Miller Esq. | |
|               Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of Fifth Third Bank, which was filed with the Court on or about **November 30, 2016**.

Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

January 4, 2017