## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-20062-MDC

LOUIS E DIGNAM

222 CATERBURY COURT

BLUE BELL, PA 19422

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  LOUIS E DIGNAM

  222 CATERBURY COURT

  BLUE BELL, PA 19422

Counsel for debtor(s), by electronic notice only.

  SCOTT F. WATERMAN ESQ
  110 W FRONT ST

  MEDIA, PA 19163-

Date: 1/26/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee