UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS E DIGNAM                    Chapter 13

                Debtor             Bankruptcy No. 13-20062-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of __March__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-


Debtor:
LOUIS E DIGNAM

222 CATERBURY COURT

BLUE BELL, PA 19422