United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-20062-mdc
Louis E Dignam                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: Mar 03, 2017
                Form ID: pdf900    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
```
db             +Louis E Dignam,    222 Caterbury Court,    Blue Bell, PA 19422-1279
cr             +Blue Bell Country Club Community Association,    c/o Stefan Richter, Esquire,
                 Clemons Richter Walsh & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
13192335       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13278444        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13192337      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13240962       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13192338       +Capital One Bank,    Po Box 30253,    Salt Lake City, UT 84130-0253
13192339       +Chase Mht Bk,    Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13192340       +Chrysler Financial/TD Auto Finance,    Attn: Bankruptcy Dept,    Po Box 551080,
                 Jacksonville, FL 32255-1080
13202916       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13192341       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13210369       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13192343        Freedom Credit Union,    Arsenal Bus Center,    Philadelphia, PA 19137
13192345       +Mid-Atlantic Management Corp.,    P.O. Box 71235,    Client 550,    Philadelphia, PA 19178-0001
13192347       +Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
13192348       +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13192349       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13209627       +TD Auto Finance LLC,    c/o Schiller & Knapp LLC,    950 New Loudon Rd, Suite 109,
                 Latham, NY 12110-2100
13216865       +TD Auto Finance LLC,    c/o MARTIN A. MOONEY,    Schiller & Knapp, LLP,
                 950 New Loudon Road, Ste. 109,    Latham, NY 12110-2182
13830501       +Thomas I Puleo Esquire,    KML Law Group P.C.,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13192350       +Univest Bank & Trust Company,    1800 Street Rd Ste 210,    Warrington, PA 18976-2566
13220931        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438
13192351        Wffnb Retail,    Cscl Dispute Team,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 04 2017 01:47:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 04 2017 01:46:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 04 2017 01:47:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2017 02:06:15
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13192342       +E-mail/Text: collectionbankruptcies.bancorp@53.com Mar 04 2017 01:47:17     Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
13208335       +E-mail/Text: schmidtb@freedomcu.org Mar 04 2017 01:46:22     Freedom Credit Union,
                 626 Jacksonville Road ste 250,    Warminster, Pa 18974-4862
13192344       +E-mail/Text: cio.bncmail@irs.gov Mar 04 2017 01:46:23     Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
13305006        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2017 01:44:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13330631        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2017 01:50:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
                                                                                               TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13278445*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13192336*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13215933*      +TD Auto Finance LLC,    c/o Schiller and Knapp LLP,    950 New Loudon Rd., Suite 109,
                 Latham, NY 12110-2100
13192346      ##+Nationwide Credit, Inc.,    2002 Summit Blvd, Suite 600,    Atlanta, GA 30319-1559
                                                                                     TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Mar 03, 2017
                              Form ID: pdf900           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
```
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              SCOTT F. WATERMAN    on behalf of Debtor Louis E Dignam scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              STEFAN  RICHTER    on behalf of Creditor    Blue Bell Country Club Community Association
               srichter@clemonslaw.com
              THOMAS I. PULEO    on behalf of Creditor    Fifth Third Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS E DIGNAM                           Chapter 13

            Debtor            Bankruptcy No. 13-20062-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of __March__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-

Debtor:
LOUIS E DIGNAM

222 CATERBURY COURT

BLUE BELL, PA 19422